1  McGREGOR W. SCOTT
   United States Attorney
2  STEPHANIE HAMILTON BORCHERS
   Assistant U.S. Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           ) 1:06-CV-01832-AWI-LJO
                                        )
12         Plaintiff,                   )
                                        ) **ORDER REGARDING CLERK'S**
13      v.                              ) **ISSUANCE OF WARRANT FOR**
                                        ) **ARREST OF ARTICLES *IN REM***
14  APPROXIMATELY $6,950.00 IN U.S.     )
    CURRENCY,                           )
15                                      )
           Defendant.                   )
16  _____)

FILED
DEC 1 9 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

17        WHEREAS, a Verified Complaint of Forfeiture *In Rem* has been filed on December 18,

18  2006, in the United States District Court for the Eastern District of California, alleging that the

19  defendant approximately $6,950.00 in U.S. Currency (hereinafter "defendant currency") is subject

20  to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of 21

21  U.S.C. § 841 *et seq.*;

22        And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem*

23  and the affidavit of Drug Enforcement Administration Special Agent Todd Kuehnlein, there is

24  probable cause to believe that the defendant currency so described constitutes property that is subject

25  to forfeiture for such violation(s), and that grounds for issuance of a warrant for arrest of articles *in*

26  *rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Certain Admiralty and

27  Maritime Claims;

28  ///

1   IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern
2   District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant currency.

4   DATED: Dec 18, 2006

LAWRENCE J. O'NEILL
United States Magistrate Judge

2