1  McGREGOR W. SCOTT
   United States Attorney
2  STEPHANIE HAMILTON BORCHERS
   Assistant U.S. Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

FILED

DEC 1 9 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:06-CV-01832-AWI-LJO |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM*** |
| APPROXIMATELY $6,950.00 IN U.S. CURRENCY, | ) |
| Defendant. | ) |

WHEREAS, a Verified Complaint of Forfeiture *In Rem* has been filed on December 18, 2006, in the United States District Court for the Eastern District of California, alleging that the defendant approximately $6,950.00 in U.S. Currency (hereinafter "defendant currency") is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. § 841 *et seq.*;

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Drug Enforcement Administration Special Agent Todd Kuehnlein, there is probable cause to believe that the defendant currency so described constitutes property that is subject to forfeiture for such violation(s), and that grounds for issuance of a warrant for arrest of articles *in rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Certain Admiralty and Maritime Claims;

///

1  IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern
2  District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant currency.

4  DATED: Dec 18, 2006

LAWRENCE J. O'NEILL
United States Magistrate Judge

2