McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $6,950.00 IN U.S. CURRENCY,<br><br>  Defendant. | 1:06-CV-01832-AWI-NEW (WMW)<br><br>**FINAL JUDGMENT OF FORFEITURE** |

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, the Court finds:

1. This is a civil forfeiture action against defendant approximately $6,950.00 in U.S. Currency (hereafter "defendant currency").

2. A Verified Complaint for Forfeiture *In Rem* was filed on December 18, 2006, seeking the forfeiture of the defendant currency alleging that said currency is subject to the forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6) because the defendant currency constitutes moneys or other things of value furnished or intended to be furnished in exchange for a controlled substance, all proceeds traceable to such an exchange and/or was used or intended to be used to facilitate one or more violations of 21 U.S.C. § 841 *et seq*.

3. On December 19, 2006, in accordance with said Complaint, a Warrant for Arrest for the defendant currency was issued and duly executed on December 27, 2006.

///

1     4.    On or about January 19, 2007, a Public Notice of Arrest of the defendant currency appeared by publication in the <u>Visalia Times-Delta</u>, a newspaper of general circulation in the county in which the defendant currency was seized (Tulare County). The Proof of Publication was filed with the Court on January 30, 2007.

    5.    In addition to the Public Notice of Arrest having been completed, actual notice was personally served upon Marina Diab-Gutierrez and Catalino Jaquez. Attorney John F. Garland also accepted service by certified mail on behalf of Marina Diab-Gutierrez. To date, neither have filed a claim or answer in this case.

    6.    No other parties have filed claims or answers in this matter, and the time for which any person or entity may file a claim and answer has expired.

    7.    Potential Claimants Marina Diab-Gutierrez and Catalino Jaquez acknowledge that they are the sole owners of the defendant approximately $6,950.00 in U.S. Currency and that no other person or entity has any legitimate claim of interest therein.

Based on the above findings, and the files and records of the Court, it is hereby

ORDERED AND ADJUDGED:

    1.    That the Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

    2.    That judgment is hereby entered against Potential Claimants Catalino Jaquez, Marina Diab-Gutierrez, and all other potential claimants who have not filed claims in this action.

    3.    That upon entry of this Final Judgment of Forfeiture, $5,450.00 of the defendant approximately $6,950.00 in U.S. Currency, together with any interest that may have accrued on that amount, seized on or about July 20, 2006, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

    4.    That upon entry of this Final Judgment of Forfeiture, but no later than 45 days thereafter, $1,500.00 of the approximately $6,950.00 in U.S. Currency, together with any interest that may have accrued on that amount, shall be returned to Potential Claimants Marina Diab-Gutierrez and Catalino Jaquez through attorney John F. Garland at 1713 Tulare Street, Suite 221, Fresno, California 93721.

1    5.    That plaintiff United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the arrest, seizure, or forfeiture of the defendant currency. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said arrest, seizure, or forfeiture, as well as to those now known or disclosed. The parties waive the provisions of California Civil Code § 1542.

6.    Pursuant to the stipulation of the parties, and allegations set forth in the Verified Complaint for Forfeiture *In Rem* filed December 18, 2006, the Court finds that there was reasonable cause for the seizure of the defendant currency, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

7.    That all parties are to bear their own costs and attorneys' fees.

IT IS SO ORDERED.

**Dated:    March 6, 2007**            **/s/ Anthony W. Ishii**
0m8i78                                 UNITED STATES DISTRICT JUDGE